

# Fourth Court of Appeals
## San Antonio, Texas

May 20, 2019

No. 04-19-00323-CV

**IN RE** Michael **HARRIS**

Original Mandamus Proceeding[1]

### ORDER

Sitting:      Sandee Bryan Marion, Chief Justice
               Patricia O. Alvarez, Justice
               Beth Watkins, Justice

On May 17, 2019, relator filed a petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondents and the real party in interest may file a response to the petition in this court **no later than June 5, 2019.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on May 20, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018CI00573, styled *In the Matter of the Marriage of Jennifer Ann Harris and Michael Edward Harris and In the Interest of K.A.H. and C.M.H., Children*, pending in the 288th Judicial District Court, Bexar County, Texas. The Honorable Karen Pozza and the Honorable Cynthia Marie Chapa signed the orders at issue in this original proceeding.